**Order filed March 25, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00720-CV
_____

## LUIS GARCIA DE LOS SALMONES AND MARIA GARCIA DE LOS SALMONES, Appellant

### V.

## ANCHOR DEVELOPMENT GROUP, LLC, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-36029**

## O R D E R

The clerk's record was filed November 3, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Emergency Motion to Remove Injunction filed in the 234th District Court on August 5, 2020.

The Harris County district Clerk is directed to file a supplemental clerk's record on or before **April 4, 2022**, containing Emergency Motion to Remove Injunction filed in the 234th District Court on August 5, 2020.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, Hassan.